IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Reyes, Ramiro | Case Number: 08 B 27467 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/29/09 | Filed: 10/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 6. | PRA Receivables Management | Unsecured | 0.00 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 0.00 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 12. | Monterey Financial Services | Unsecured | 0.00 | 0.00 |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Reyes, Ramiro | Case Number:  08 B 27467 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/29/09 | Filed:  10/14/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

